Joseph C. Faucher (SBN 137353)
TRUCKER ✦ HUSS
A Professional Corporation
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 537-1016
Facsimile: (213) 537-1020
E-mail: jfaucher@truckerhuss.com

JS-6

Dylan D. Rudolph (SBN 278707)
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: drudolph@truckerhuss.com

Attorneys for Defendant
GREAT-WEST LIFE & ANNUITY
INSURANCE COMPANY, a Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE J. GULLETT, D.D.S., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, a Corporation,<br><br>Defendant. | Case No. 2:15-cv-09961 R(PJWx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

# ORDER

Having reviewed and considered the Joint Stipulation of the Parties, and good cause appearing therefor, it is hereby **ORDERED** that this lawsuit be dismissed, with prejudice, against Defendant Great-West Life & Annuity Insurance Company pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff Melanie J. Gullett, D.D.S. and Defendant Great-West Life & Annuity Insurance Company shall bear their own fees and costs.

DATED: September 7, 2016

Hon. Manuel L. Real
United States District Judge